## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO: Clerk, United States District Court
District of North Dakota

The Grand Jury returned an Indictment on July 17, 2019, against JORDAN COLE FOSTER, charging the following:

18 U.S.C. §§ 471 & 492 – Manufacturing Counterfeit Obligations of the United States
28 U.S.C. § 2461(c) – Forfeiture Allegation

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒ The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐ The United States recommends that:

☐ Bail be set at $ _____

☐ Defendant be detained without bail.

COMMENTS:

Dated: 7/17/2019

_____
DREW H. WRIGLEY
United States Attorney