Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br><br>Jordan Cole Foster<br><br>_____<br>Defendant | )<br>)<br>)  Case No.  3:19-cr-109<br>)<br>)<br>) |

**RECEIVED  
U.S. MARSHALS SERVICE  
DISTRICT OF NORTH DAKOTA  
2019 JUL 17 AM 9:55**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jordan Cole Foster                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Manufacturing Counterfeit Obligations of the United States
Forfeiture Allegation

Date:  07/17/2019                                       /s/ Jackie Stewart
                                                        _____
                                                        *Issuing officer's signature*

City and state:   Fargo, ND                             Jackie Stewart, Deputy Clerk
                                                        _____
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 7/17/19, and the person was arrested on *(date)* 7/17/19
at *(city and state)* FARGO, ND

Date:  7/17/19

_____
*Arresting officer's signature*

SA JOHN KELLY
_____
*Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: