UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                       Plaintiff,       )<br>                                                        )<br>vs.                                                   )<br>                                                        )<br>JORDAN COLE FOSTER,             )<br>                                                        )<br>                       Defendant.    ) | Criminal No. 3:19-CR-109<br><br>**REQUEST FOR NOTICE<br>PURSUANT TO** F<small>ED</small>. R. E<small>VID</small>. **404(b)** |

     The Defendant above-named, Jordan Cole Foster, by and through his undersigned attorney, Assistant Federal Public Defender Rachael Steenholdt, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of F<small>ED</small>. R. E<small>VID</small>. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated the 18th day of July, 2019.

          Respectfully submitted,

          JASON TUPMAN
          Acting Federal Public Defender

          By:
          */s/ Rachael   Steenholdt*
          Rachael Steenholdt
          Assistant Federal Public Defender
          Attorney for Defendant
          Office of the Federal Public Defender
          Districts of South Dakota and North Dakota
          Federal Square, Second Floor
          112 Roberts Street, Suite 200
          Fargo, ND 58102
          Telephone: 701-239-5111 Facsimile: 701-239-5098
          filinguser_SDND@fd.org